## PROJECTIONS FOR ROYAL EXPRESS TRANSPORT, LLC FOR 2020-21

| | JLY | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APL | MAY | JUNE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INCOME | 90,700 | 98,200 | 98,200 | 90,700 | 90,700 | 90,700 | 90,700 | 82,200 | 90,700 | 90,700 | 90,700 | 90,700 | 1,094,900 |
| **EXPESNES** | | | | | | | | | | | | | |
| DRIVERS PAY | 27,000 | 29250 | 29250 | 27000 | 27000 | 27000 | 27000 | 27000 | 27000 | 27000 | 27000 | 27000 | 328,500 |
| FUEL | 25,000 | 27000 | 27000 | 25000 | 25000 | 25000 | 25000 | 25000 | 25000 | 25000 | 25000 | 25000 | 304,000 |
| INSURANCE | 8,600 | 8600 | 8600 | 8600 | 8600 | 8600 | 8600 | 8600 | 8600 | 8600 | 8600 | 86000 | 180,600 |
| REPAIRS | 2,000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 24,000 |
| OFFICE PAY | 5,000 | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 5000 | 60,000 |
| RENT | 1,200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 14,400 |
| FUEL TAX | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| LOGS | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,800 |
| UTILITIES | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| | 69,950 | 74200 | 74200 | 69950 | 69950 | 69950 | 69950 | 69950 | 69950 | 69950 | 69950 | 147350 | 925,300 |
| **PLAN PAYMENTS** | | | | | | | | | | | | | |
| TAXES | 551 | 551 | 551 | 551 | 551 | 551 | 551 | 551 | 551 | 551 | 551 | 551 | 6612 |
| BMO | 3492 | 3492 | 3492 | 3492 | 3492 | 3492 | 3492 | 3492 | 3492 | 3492 | 3492 | 3492 | 41904 |
| TAB | 2601 | 2601 | 2601 | 2601 | 2601 | 2601 | 2601 | 2601 | 2601 | 2601 | 2601 | 2601 | 31212 |
| SIMMONS | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 14400 |
| ACAR | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 700 | 8400 |
| OZARKS | 1430 | 1430 | 1430 | 1430 | 1430 | 1430 | 1430 | 1430 | 1430 | 1430 | 1430 | 1430 | 17160 |
| BLUE RIDGE | 1120 | 1120 | 1120 | 1120 | 1120 | 1120 | 1120 | 1120 | 1120 | 1120 | 1120 | 1120 | 13440 |
| ENGS | 1224 | 1224 | 1224 | 1224 | 1224 | 1224 | 1224 | 1224 | 1224 | 1224 | 1224 | 1224 | 14688 |
| UNSECURED | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 18000 |
| | 13818 | 13818 | 13818 | 13818 | 13818 | 13818 | 13818 | 13818 | 13818 | 13818 | 13818 | 13818 | 165816 |