Ammar Dadabhoy
Wong Fleming
State Bar No: 24088812
77 Sugar Creek Center Blvd., Suite 401
Sugar Land, TX 77478
Phone: (281) 340-20704
Fax: (866) 240-0629
Email: adadabhoy@wongfleming.com
ATTORNEY FOR SECURED CREDITOR BMO HARRIS BANK N.A.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **In re: Royal Transport Express, LLC** | § | **Case No. 20-41227** |
| | § | **(Chapter 11-)** |
| | § | |
| | § | |

## BMO HARRIS BANK N.A.'S NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Ammar Dadabhoy, an attorney of the firm Wong Fleming hereby enters an appearance on behalf of Secured Creditor BMO Harris Bank N.A. (hereinafter "BHB"). Please further take notice that all notices sent by the clerk and all other notices and papers served or required to be served in this case and any cases consolidated herewith, whether written or oral, by the Court, and any other party in interest should be served as follows:

> Ammar Dadabhoy,
> WONG FLEMING
> 77 Sugar Creek Center Boulevard, Suite 401
> Sugar Land, Texas 77478
> Tel: 281-340-2074
> Fax: 866-240-0629
> Email: adadabhoy@wongfleming.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all papers including without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints, or demands, replies, and any of the documents brought before

this Court with respect to these proceedings, whether formal or informal, whether written or oral,

and whether transmitted by mail, hand delivery, telephone, facsimile, telex, or otherwise.

Respectfully submitted,

Dated: June 8, 2020

**WONG FLEMING**

By: _/s/ Ammar Dadabhoy/s/_
    Tariq A. Zafar
    Texas Bar No. 24038048
    Email:  tzafar@wongfleming.com
    Ammar Dadabhoy
    Texas Bar No. 24088812
    Email:  adadabhoy@wongfleming.com
    77 Sugar Creek Center Blvd., Suite 401
    Sugar Land, Texas 77478
    Tel. (281) 340-2074
    Fax. (866) 240-0629
    Attorneys for Secured Creditor
    BMO Harris Bank N.A.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2020, a true and correct copy of the foregoing document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District. Additionally, on May 13, 2020, a true and correct copy of the foregoing document will be sent to the parties listed below via email pursuant to the Court's ECF Filing system.

Eric A. Liepins                                    via email: Eric@ealpc.com

Marcus Salitore                                  via email: marc.f.salitore@usdoj.gov

Henry Thomas MORAN (SBRA V)
HTM Trustee Services LLC                    _via E-filing_
521 W. Wilshire blvd
Ste 200
Oklahoma City, OK 73116
405-820-0852

All other parties requesting notice via ECF

*/s/ Ammar Dadabhoy*
Ammar Dadabhoy