IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-41227 |
| | § | |
| ROYAL TRANSPORT EXPRESS, LLC | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |
| | § | |

**MOTION TO APPROVE AGREED ORDER
CONDITIONING THE AUTOMATIC STAY**

YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU MUST FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

ENGS Commercial Finance Co. ("ENGS") hereby submits this *Motion to Approve Agreed Order Conditioning Automatic Stay and Providing for Adequate Protection* (the "Motion") and in support hereof states as follows:

1. ENGS requests that the Court enter the Agreed Order submitted herewith.

2. Good cause exists for granting the requested relief.

WHEREFORE, ENGS respectfully requests that the Court enter the Agreed Order submitted herewith and grant such other and further relief to which it may be entitled.

Respectfully submitted,

KANE RUSSELL COLEMAN & LOGAN PC

By: /s/ Michael P. Ridulfo
Michael P. Ridulfo
State Bar No. 16902020
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
(713) 425-7400
(713) 425-7700 (fax)
E-mail: mridulfo@krcl.com
***Counsel for Engs Commercial Finance Co.***

### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2020, a true and correct copy of the foregoing document was served, via ECF and regular U.S. mail, on the parties on the attached mailing list.

/s/ Michael P. Ridulfo
Michael P. Ridulfo

7790186 v1 (70786.00022.000)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 20-41227<br>Eastern District of Texas<br>Sherman<br>Wed Jul  1 16:57:01 CDT 2020 | AT&T<br>PO Box 630047<br>Dallas, TX 75263-0047 | BMO Harris Bank<br>111 W Monroe<br>Chicago, IL 60603-4095 |
| Bank OZK<br>17901 Chenal Parkway<br>Little Rock, AR 72223-4786 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Suite 300<br>McKinney, TX 75069-3276 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| City of Wylie<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Collin County Tax Assessor Collector<br>2300 Bloomdale Road, Ste. 2324<br>McKinney, TX 75071-8517 | ENGS<br>2441 Warrenville Rd. Ste. 310<br>Lisle, IL 60532-3642 |
| Reed TMS Logistics<br>515 S Ware<br>Tampa, FL 33619-4444 | Regus<br>101 E Park, Ste. 600<br>Plano, TX 75074-8818 | Royal Transport Express, LLC<br>429 Royal Oak<br>Murphy, TX 75094-4322 |
| Simmons Bank<br>PO Box 7009<br>Pine Bluff, AR 71611-7009 | Sprint<br>P.O. Box 660075<br>Dallas, TX 75266-0075 | TAB Bank<br>4185 Harrison Road, Ste. 200<br>Ogden, UT 84403-6400 |
| TEX Bank<br>7090 Union Park Center<br>Suite 350<br>Midvale, UT 84047-6023 | Wylie ISD<br>2777 Stemmons Frwy.<br>Ste. 1000<br>Dallas, TX 75207-2328 | Plano - U. S. Bankruptcy Court<br>Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074-6795 |
| ACAR Leasing<br>P.O. Box 9000<br>Lutherville Timonium, MD 21094-9000 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>P.O. Box 183853<br>Arlington, TX 76096-3853 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>c/o Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 |
| BMO Harris Bank N.A.<br>3925 Fountain Blvd NE, Ste. 105<br>Cedar Rapids, IA 52411-6620 | Blue Ridge Financial<br>535 Washington Street<br>Suite 201<br>Buffalo, NY 14203-1430 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>(Collin County Comm College Dist)<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Ste. 300<br>McKinney, TX 75069-3276 |
| COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>(Collin County)<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Ste. 300<br>McKinney, TX 75069-3276 | Collin County Tax Assessor Collection<br>2300 Bloodale Rd., Ste 2324<br>McKinney, TX 75071-8517 | Simmons Bank<br>601 E. 3rd St., 7th Floor<br>Little Rock, AR 72201-1709 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | US Trustee<br>110 North College Ave, Room 300<br>Tyler, TX 75702-7231 | Wylie ISD<br>2777 Stemmon Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 |

| | | |
|---|---|---|
| Wylie ISD<br>c/o Perdue Brandon Fielder et al<br>1919 S. Shiloh Road, Suite 310, LB 40<br>Garland, TX 75042-8234 | Eric Liepins<br>12770 Coit Road<br>Suite 1100<br>Dallas, TX 75251-1329 | Henry Thomas Moran (SBRA V)<br>HTM Trustee Services LLC<br>521 W. Wilshire blvd<br>Ste 200<br>Oklahoma City, OK 73116-7785 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Chase Bank<br>P.O. Box 94014<br>Palantine, IL 60094-4014 | (d)Chase Bank<br>P.O Box 94014<br>Palatine, IL 60094 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ACAR Leasing LTD d/b/a GM Financial Leasin | (u)Engs Commercial Finance Co. | (d)AT&T<br>PO Box 630047<br>Dallas, TX 75263-0047 |
| (d)BMO Harris Bank<br>111 W Monroe<br>Chicago, IL 60603-4095 | (u)Bahadur Dhesi | (d)Bank OZK<br>17901 Chenal PArkway<br>Little Rock, AR 72223-4786 |
| (d)City of Wylie<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | (d)ENGS<br>2441 Warrenville Road<br>Suite 310<br>Lisle, IL 60532-3642 | (u)Harpreet Singh |
| (d)Reed TMS Logistics<br>215 S Ware<br>Tampa, FL 33619-4444 | (d)Regus<br>101 E Park<br>Suite 600<br>Plano, TX 75074-8818 | (d)Simmons Bank<br>P.O. Box 7009<br>Pine Bluff, AR 71611-7009 |
| (d)Sprint<br>P.O. Box 660075<br>Dallas, TX 75266-0075 | (d)TAB Bank<br>4185 Harrison Road<br>Suite 200<br>Ogden, UT 84403-6400 | (d)WEX Bank<br>7090 Union Park Center<br>Suite 350<br>Midvale, UT 84047-6023 |

End of Label Matrix
Mailable recipients    32
Bypassed recipients    15
Total                  47