UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROYAL TRANSPORT EXPRESS, LLC | § | Case No. 20-41227 |
| 429 Royal Oak | § | |
| Murphy, TX 75094 | § | |
| COLLIN-TX | § | |
| Tax ID / EIN: 47-3906312 | § | |
| | § | |
| Debtor. | § | CHAPTER 11 |

**MOTION FOR APPROVAL OF STIPULATION FOR
ADEQUATE PROTECTION PURSUANT TO RULE 4001(D)
BETWEEN SIMMONS BANK AND DEBTOR**

--------------------------------------------------------------------------------------------------------

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading *WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE* shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.**

--------------------------------------------------------------------------------------------------------

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Simmons Bank ("Simmons" herein) and files this *Motion for Approval of*

*Stipulation for Adequate Protection Pursuant to Rule 4001(d)* between Simmons Bank ("Simmons") and Debtor (the "Motion"), and in support thereof, respectfully represents as follows:

I.

The Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334. This is a core proceeding under 28 U.S.C. § 157. The relief is sought herein under Rule 4001 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 363.

II.

As set forth more specifically in the Stipulation attached hereto, Debtor owns a 2018 Utility Trailer 3000 VIN# 3UTVS2532J8031425 with Reefer Union-VIN S/N 6001258576 pledged as collateral to Simmons Bank, 425 W. Capitol Ave., Little Rock, AR 72201, to secure the payment of a promissory note with a petition date outstanding balance of approximately $52,372.14.

III.

Simmons and Debtor have entered into a Stipulation for Adequate Protection (the "Stipulation") on the terms and conditions set forth in the Stipulation. A true and correct copy of the Stipulation is attached hereto as Exhibit 1 and incorporated by reference herein for all purposes.

IV.

**WHEREFORE, PREMISES CONSIDERED**, Simmons prays for an Order of this Court approving the stipulation as attached hereto, and for such other and further relief to which the parties may be entitled.

DATED July 6, 2020.

\\server\Data\Files\Cases\Simmons Bank\Royal Transport Express\BKR - TXEB CH 11 #20-41227\Pleadings\AP Stipulation - Mtn to Apprv Stip.wpd

RESPECTFULLY SUBMITTED,

*SEARCY & SEARCY, P.C.*

/s/ Joshua P. Searcy
JOSHUA P. SEARCY
State Bar No. 24053468
Email: josh@searcyfirm.com
CALLAN CLARK SEARCY
State Bar No. 24075523
Email: callan@searcyfirm.com
P. O. Box 3929
Longview, TX  75606
903/757-3399 PHONE
903/757-9559 FAX
ATTORNEYS FOR SIMMONS BANK

## CERTIFICATE OF SERVICE
*[(if applicable)* * NOT ON COURT'S MAILING LIST, MAIL IN SEPARATE ENVELOPE]

I HEREBY CERTIFY that the foregoing document shall be served via electronic means to all persons requesting electronic notice in this proceeding under the ECF filing system, if made available; or, otherwise by regular, first-class U.S. mail, postage prepaid, to the interested party(ies) as shown below (*) by this law firm; or by and through the undersigned's servicing agent:  BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider as authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4) to:

• Royal Transport Express, LLC, Debtor, 429 Royal Oak, Murphy, TX 75094-4322; and
• Eric A. Liepins, Attorney for Debtor, 12770 Coit Road, Suite 1100, Dallas, TX 75251-1329; and
• Marcus Salitore, *Office of the U.S. Trustee*, 110 N. College Ave., Room 300, Tyler, TX 75702-7231; and
• *Simmons Bank*, P.O. Box 7009, Pine Bluff, AR 71611-7009; and
• to all the interested persons listed on the attached service list

on or before July 6, 2020.

/s/ Joshua P. Searcy
JOSHUA P. SEARCY