UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROYAL TRANSPORT EXPRESS, LLC | § | Case No. 20-41227 |
| 429 Royal Oak | § | |
| Murphy, TX 75094 | § | |
| COLLIN-TX | § | |
| Tax ID / EIN: 47-3906312 | § | |
| | § | |
| Debtor. | § | CHAPTER 11 |

### ORDER GRANTING MOTION FOR APPROVAL OF STIPULATION FOR ADEQUATE PROTECTION PURSUANT TO RULE 4001(D) <u>BETWEEN SIMMONS BANK AND DEBTOR</u>

On this date, came to be considered the *Motion for Approval of Stipulation for Adequate Protection Pursuant to Rule 4001(d)* between Simmons Bank ("Simmons") and Debtor (the "Motion"), filed by Simmons in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14) day negative notice language, pursuant to Local Rule 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion is hereby GRANTED**;** and

\\server\Data\Files\Cases\Simmons Bank\Royal Transport Express\BKR - TXEB CH 11 #20-41227\Pleadings\AP Stipulation - Mtn to Apprv Stip - ORDER.wpd

1

**IT IS FURTHER ORDERED** THAT the Stipulation for Adequate Protection entered into between Debtor and Simmons Bank should be and hereby is APPROVED in its entirety and that Debtor is authorized to provide adequate protection to Simmons Bank as set forth in the Stipulation attached to the Motion and approved in this Order or as otherwise ordered by the Court.

\\server\Data\Files\Cases\Simmons Bank\Royal Transport Express\BKR - TXEB CH 11 #20-41227\Pleadings\AP Stipulation - Mtn to Apprv Stip - ORDER.wpd

2