UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: ROYAL TRANSPORT EXPRESS, LLC | CASE NO: 20-41227<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 7/6/2020, I did cause a copy of the following documents, described below,

Motion for Approval of Stipulation for Adequate Protection Pursuant to Rule 4001(d)

Motion for Approval of Stipulation for Adequate Protection Pursuant to Rule 4001(d) – Stipulation

Motion for Approval of Stipulation for Adequate Protection Pursuant to Rule 4001(d) – Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/6/2020

/s/ Joshua P. Searcy
Joshua P. Searcy  24053468
Searcy and Searcy, PC
PO Box 3929
Longview, TX  75606
903 757 3399

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: ROYAL TRANSPORT EXPRESS, LLC | CASE NO: 20-41227 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 7/6/2020, a copy of the following documents, described below,

Motion for Approval of Stipulation for Adequate Protection Pursuant to Rule 4001(d)

Motion for Approval of Stipulation for Adequate Protection Pursuant to Rule 4001(d) – Stipulation

Motion for Approval of Stipulation for Adequate Protection Pursuant to Rule 4001(d) – Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/6/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Joshua P. Searcy
Searcy and Searcy, PC
PO Box 3929
Longview, TX  75606

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>05404<br>CASE 20-41227<br>EASTERN DISTRICT OF TEXAS<br>SHERMAN<br>MON JUL 6 12-44-33 CDT 2020 | ACAR LEASING<br>PO BOX 9000<br>LUTHERVILLE TIMONIUM MD 21094-9000 | ACAR LEASING LTD DBA GM FINANCIAL LEASING<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| ACAR LEASING LTD DBA GM FINANCIAL LEASING<br>CO WILCOX LAW PLLC<br>PO BOX 201849<br>ARLINGTON TX 76006-1849 | ATT<br>PO BOX 630047<br>DALLAS TX 75263-0047 | BMO HARRIS BANK<br>111 W MONROE<br>CHICAGO IL 60603-4095 |
| BMO HARRIS BANK NA<br>3925 FOUNTAIN BLVD NE STE 105<br>CEDAR RAPIDS IA 52411-6620 | BANK OZK<br>17901 CHENAL PARKWAY<br>LITTLE ROCK AR 72223-4786 | BLUE RIDGE FINANCIAL<br>535 WASHINGTON STREET<br>SUITE 201<br>BUFFALO NY 14203-1430 |
| COLLIN COUNTY TAX ASSESSORCOLLECTOR<br>ABERNATHY ROEDER BOYD  HULLETT PC<br>1700 REDBUD BLVD SUITE 300<br>MCKINNEY TX 75069-3276 | COLLIN COUNTY TAX ASSESSORCOLLECTOR<br>COLLIN COUNTY COMM COLLEGE DIST<br>ABERNATHY ROEDER BOYD  HULLETT PC<br>1700 REDBUD BLVD STE 300<br>MCKINNEY TX 75069-3276 | COLLIN COUNTY TAX ASSESSORCOLLECTOR<br>COLLIN COUNTY<br>ABERNATHY ROEDER BOYD  HULLETT PC<br>1700 REDBUD BLVD STE 300<br>MCKINNEY TX 75069-3276 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CITY OF WYLIE<br>LINEBARGER GOGGAN BLAIR  SAMPSON LLP<br>CO LAURIE A SPINDLER<br>2777 N STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS TX 75207-2328 | COLLIN COUNTY TAX ASSESSOR COLLECTION<br>2300 BLOODALE RD STE 2324<br>MCKINNEY TX 75071-8517 |
| COLLIN COUNTY TAX ASSESSOR COLLECTOR<br>2300 BLOOMDALE ROAD STE 2324<br>MCKINNEY TX 75071-8517 | AMMAR DADABHOY<br>WONG FLEMING<br>77 SUGAR CREEK CENTER BLVD<br>STE 401<br>SUGAR LAND TX 77478-2203 | ENGS<br>2441 WARRENVILLE RD STE 310<br>LISLE IL 60532-3642 |
| AARON B GOTTLIEB<br>MCGLINCHEY STAFFORD<br>6688 N CENTRAL EXPRESSWAY<br>SUITE 400<br>DALLAS TX 75206-3951 | ERIC A LIEPINS<br>12770 COIT ROAD<br>SUITE 1100<br>DALLAS TX 75251-1329 | HENRY THOMAS MORAN SBRA V<br>HTM TRUSTEE SERVICES LLC<br>521 W WILSHIRE BLVD<br>STE 200<br>OKLAHOMA CITY OK 73116-7785 |
| TIMOTHY W ONEAL<br>OFFICE OF THE US TRUSTEE<br>110 N COLLEGE AVE<br>SUITE 300<br>TYLER TX 75702-7231 | LINDA REECE<br>1919 S SHILOH ROAD SUITE 310 LB 40<br>GARLAND TX 75042-8234 | REED TMS LOGISTICS<br>615 S WARE<br>TAMPA FL 33619-4444 |
| REGUS<br>101 E PARK STE 600<br>PLANO TX 75074-8818 | MICHAEL RIDULFO<br>KANE RUSSELL COLEMAN AND LOGAN PC<br>5015 WESTHEIMER RD<br>SUITE 1000<br>HOUSTON TX 77056-5638 | DEBTOR<br>ROYAL TRANSPORT EXPRESS LLC<br>429 ROYAL OAK<br>MURPHY TX 75094-4322 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MARCUS SALITORE<br>US TRUSTEE OFFICE<br>110 N COLLEGE AVE ROOM 300<br>TYLER TX 75702-7231 | JOSHUA P SEARCY<br>SEARCY  SEARCY PC<br>PO BOX 3929<br>LONGVIEW TX 75606-3929 | SIMMONS BANK<br>PO BOX 7009<br>PINE BLUFF AR 71611-7009 |
| SIMMONS BANK<br>601 E 3RD ST 7TH FLOOR<br>LITTLE ROCK AR 72201-1709 | LAURIE A SPINDLER<br>LINEBARGER GOGGAN BLAIR  SAMPSON<br>2777 N STEMMONS FRWY STE 1000<br>DALLAS TX 75207-2328 | SPRINT<br>PO BOX 660075<br>DALLAS TX 75266-0075 |
| TAB BANK<br>4185 HARRISON ROAD STE 200<br>OGDEN UT 84403-6400 | CHAD TIMMONS<br>ABERNATHY ROEDER BOYD  HULLETT PC<br>1700 REDBUD BOULEVARD SUITE 300<br>STE 300<br>MCKINNEY TX 75069-3276 | US ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>MAIN JUSTICE BUILDING<br>10TH  CONSTITUTION AVE NW<br>WASHINGTON DC 20530-0001 |
| US TRUSTEE<br>OFFICE OF THE US TRUSTEE<br>110 N COLLEGE AVE<br>SUITE 300<br>TYLER TX 75702-7231 | US TRUSTEE<br>110 NORTH COLLEGE AVE ROOM 300<br>TYLER TX 75702-7231 | WEX BANK<br>7090 UNION PARK CENTER<br>SUITE 350<br>MIDVALE UT 84047-6023 |
| STEPHEN G WILCOX<br>WILCOX LAW PLLC<br>PO BOX 201849<br>ARLINGTON TX 76006-1849 | WYLIE ISD<br>2777 STEMMONS FRWY<br>STE 1000<br>DALLAS TX 75207-2328 | WYLIE ISD<br>2777 STEMMON FREEWAY<br>SUITE 1000<br>DALLAS TX 75207-2328 |
| WYLIE ISD<br>CO PERDUE BRANDON FIELDER ET AL<br>1919 S SHILOH ROAD SUITE 310 LB 40<br>GARLAND TX 75042-8234 | | |