IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 20-41227 |
| ROYAL TRANSPORT EXPRESS, LLC, | § | |
| | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |

**ORDER APPROVING AGREED STIPULATION BETWEEN
THE DEBTOR AND CITY OF WYLIE PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(D)**

Came on to be considered the Motion for Approval of Agreed Stipulation between the Debtor and the City of Wylie Pursuant to Federal Rule of Bankruptcy Procedure 4001(d) in the above-referenced case. The Court finds that the motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14) day negative notice language pursuant to Local Rule 4001(a), which directed any party opposed to the relief sought in the motion to file a written objection within fourteen (14) days or the Court would deem the motion to be unopposed. The Court finds that no such objection or other written response has been timely filed by any party. The Court further finds: (i) that it has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; (ii) that this is a core proceeding pursuant to 28 U.S.C. Sections 127(b)(2)(B) and (C); and (iii) venue is proper in this Court pursuant to 28 U.S.C. Section 1409.

Therefore, it is ORDERED that the motion is hereby GRANTED, and it is further:

ORDERED that any and all stays, restraints or injunctions existing by operation of law or otherwise restricting collection and/or foreclosure of ad valorem property tax liens against the

Debtor's property that is located within the City of Wylie's jurisdiction, against which any other creditor obtains or has obtained stay relief, is lifted so that the City of Wylie may proceed to enforce its liens and collect all amounts owed for all outstanding tax years pursuant to state law.