**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-41227 |
| | § | |
| ROYAL TRANSPORT EXPRESS, LLC | § | Chap. 11 |
| | § | |
| Debtor, | § | |
| | § | |

### AGREED MOTION TO APPROVE AGREED ORDER CONDITIONING AUTOMATIC STAY

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES Transportation Alliance Bank, Inc. d/b/a ("TAB Bank")** and Debtor Royal Transport Express, Inc. (misnamed in its Petition for Relief as Royal Transport Express, LLC) (the "**Debtor**"), hereby submits this Agreed Motion To Approve Agreed Order Conditioning Automatic Stay (the "Motion") and hereby states, as follows:

1. TAB Bank and Debtor requests that the Court enter the Agreed Order submitted herewith.

2. Good cause exists for granting of the requested relief.

**NOTICE TO PARTIES IN INTEREST:**

**ANY OBJECTION OR REQUEST FOR HEARING MUST BE FILED WITH:**

> Clerk, United States Bankruptcy Court
> Eastern District of Texas
> Sherman Division
> 660 N. Central Expressway
> Plano, TX 75074

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER**

**GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER**.

**WHEREFORE, PREMISES CONSIDERED**, TAB Bank and Debtor respectfully requests that the Court enter the Agreed Order submitted herewith and grant such other relief to which it may be entitled.

Date:  July 16, 2020						Respectfully submitted,

BY: */s/ Aaron B. Gottlieb*
**Aaron B. Gottlieb**
State Bar No. 24069815
agottlieb@mcglinchey.com
**McGlinchey Stafford, PLLC**
Three Energy Square
6688 North Central Expressway, Suite 400
Dallas, Texas 75206
Telephone:  (214) 445-2445
Facsimile:  (214) 445-2450

***Attorneys for Transportation Alliance Bank, Inc.***

**By:** */s/ Eric A. Liepins*
Eric A. Liepins
State Bar No. 12338110
eric@ealpc.com
Eric A. Liepins, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas 75251
Telephone: (972) 991-5591
Facsimile: (972) 991-5788
***Attorney For Debtor***

## **CERTIFICATE OF SERVICE**

    I do hereby certify that on the 16th day of July, 2020, a true and correct copy of the foregoing document was served, via ECF and regular U.S. mail, on the parties on the attached mailing matrix.

                                        */s/ Aaron B. Gottlieb*
                                        Aaron B. Gottlieb

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 20-41227<br>Eastern District of Texas<br>Sherman<br>Thu Jul 16 10:45:43 CDT 2020 | ACAR leasing<br>P.O. Box 9000<br>Lutherville Timonium, MD 21094-9000 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>P.O. Box 183853<br>Arlington, TX 76096-3853 |
| ACAR Leasing LTD d/b/a GM Financial Leasing<br>c/o Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 | AT&T<br>PO Box 630047<br>Dallas, TX 75263-0047 | BMO Harris Bank<br>111 W Monroe<br>Chicago, IL 60603-4095 |
| BMO Harris Bank N.A.<br>3925 Fountain Blvd NE, Ste. 105<br>Cedar Rapids, IA 52411-6620 | Bank OZK<br>17901 Chenal Parkway<br>Little Rock, AR 72223-4786 | Blue Ridge Financial<br>535 Washington Street<br>Suite 201<br>Buffalo, NY 14203-1430 |
| COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Suite 300<br>McKinney, TX 75069-3276 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>(Collin County Comm College Dist)<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Ste. 300<br>McKinney, TX 75069-3276 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>(Collin County)<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Ste. 300<br>McKinney, TX 75069-3276 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | City of Wylie<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Collin County Tax Assessor Collection<br>2300 Bloodale Rd., Ste 2324<br>McKinney, TX 75071-8517 |
| Collin County Tax Assessor Collector<br>2300 Bloomdale Road, Ste. 2324<br>McKinney, TX 75071-8517 | Ammar Dadabhoy<br>Wong Fleming<br>77 Sugar Creek Center Blvd.<br>Ste. 401<br>Sugar Land, TX 77478-2203 | ENGS<br>2441 Warrenville Rd. Ste. 310<br>Lisle, IL 60532-3642 |
| Aaron B. Gottlieb<br>McGlinchey Stafford<br>6688 N. Central Expressway<br>Suite 400<br>Dallas, TX 75206-3951 | Eric A. Liepins<br>12770 Coit Road<br>Suite 1100<br>Dallas, TX 75251-1329 | Henry Thomas Moran (SBRA V)<br>HTM Trustee Services LLC<br>521 W. Wilshire blvd<br>Ste 200<br>Oklahoma City, OK 73116-7785 |
| Timothy W. O'Neal<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Linda Reece<br>1919 S. Shiloh Road, Suite 310, LB 40<br>Garland, TX 75042-8234 | Reed TMS Logistics<br>615 S Ware<br>Tampa, FL 33619-4444 |
| Regus<br>101 E Park, Ste. 600<br>Plano, TX 75074-8818 | Michael Ridulfo<br>Kane Russell Coleman and Logan, PC<br>5015 Westheimer Rd.<br>Suite 1000<br>Houston, TX 77056-5638 | Royal Transport Express, LLC<br>429 Royal Oak<br>Murphy, TX 75094-4322 |
| Marcus Salitore<br>US Trustee Office<br>110 N. College Ave., Room 300<br>Tyler, TX 75702-7231 | Joshua P. Searcy<br>Searcy & Searcy, P.C.<br>PO Box 3929<br>Longview, TX 75606-3929 | Simmons Bank<br>PO Box 7009<br>Pine Bluff, AR 71611-7009 |

```
Simmons Bank                          Laurie A. Spindler                    Sprint
601 E. 3rd St., 7th Floor             Linebarger, Goggan, Blair & Sampson   P.O. Box 660075
Little Rock, AR 72201-1709            2777 N. Stemmons Frwy Ste 1000        Dallas, TX 75266-0075
                                      Dallas, TX 75207-2328


TAB Bank                              Chad Timmons                          U.S. Attorney General
4185 Harrison Road, Ste. 200          Abernathy, Roeder, Boyd & Hullett, PC Department of Justice
Ogden, UT 84403-6400                  1700 Redbud Boulevard, Suite 300      Main Justice Building
                                      Ste. 300                              10th & Constitution Ave., NW
                                      McKinney, TX 75069-3276               Washington, DC 20530-0001


US Trustee                            US Trustee                            WEX Bank
Office of the U.S. Trustee            110 North College Ave, Room 300       7090 Union Park Center
110 N. College Ave.                   Tyler, TX 75702-7231                  Suite 350
Suite 300                                                                   Midvale, UT 84047-6023
Tyler, TX 75702-7231


Stephen G. Wilcox                     Wylie ISD                             Wylie ISD
Wilcox Law, PLLC                      2777 Stemmons Frwy.                   2777 Stemmon Freeway
P.O. Box 201849                       Ste. 1000                             Suite 1000
Arlington, TX 76006-1849              Dallas, TX 75207-2328                 Dallas, TX 75207-2328


Wylie ISD
c/o Perdue Brandon Fielder et al
1919 S. Shiloh Road, Suite 310, LB 40
Garland, TX 75042-8234
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Bank                            (d)Chase Bank
P.O. Box 94014                        P.O Box 94014
Palantine, IL 60094-4014              Palatine, IL 60094
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)ACAR Leasing LTD d/b/a GM Financial Leasin   (d)AT&T                    (d)BMO Harris Bank
                                                PO Box 630047              111 W Monroe
                                                Dallas, TX 75263-0047      Chicago, IL 60603-4095


(u)Bahadur Dhesi                                (d)Bank OZK                (d)City of Wylie
                                                17901 Chenal PArkway       Linebarger Goggan Blair & Sampson, LLP
                                                Little Rock, AR 72223-4786 c/o Laurie A. Spindler
                                                                           2777 N. Stemmons Freeway
                                                                           Suite 1000
                                                                           Dallas, TX 75207-2328
```

```
(d)ENGS                          (u)Engs Commercial Finance Co    (u)Harpreet Singh
2441 Warrenville Road
Suite 310
Lisle, IL 60532-3642


(d)Reed TMS Logistics            (d)Regus                         (d)Simmons Bank
615 S Ware                       101 E Park                       P.O. Box 7009
Tampa, FL 33619-4444             Suite 600                        Pine Bluff, AR 71611-7009
                                 Plano, TX 75074-8818


(d)Sprint                        (d)TAB Bank                      (d)WEX Bank
P.O. Box 660075                  4185 Harrison Road               7090 Union Park Center
Dallas, TX 75266-0075            Suite 200                        Suite 350
                                 Ogden, UT 84403-6400             Midvale, UT 84047-6023



End of Label Matrix
Mailable recipients    42
Bypassed recipients    15
Total                  57
```